**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **ACTION MAILING CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 08-0671-CV-W-GAF |
| | ) | |
| **HEWLETT-PACKARD COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon careful consideration of Defendant Hewlett-Packard Company's ("Defendant") Proposed Bill of Costs and Interest Calculations (Doc. #56) and Reply Brief (Doc. #63) along with Plaintiff Action Mailing Corporation's ("Plaintiff") Objections to Bill of Costs (Doc. #61), costs are assessed as follows:

| | |
|---|---|
| Fees of the Clerk: | $   350.00 |
| Court reporter transcription fees: | $2,071.25 |
| **Total:** | **$2,421.25**. |

Further, prejudgment interest from January 1, 2008, up to and including October 25, 2009, is assessed as follows:

| | |
|---|---|
| Invoice #05-00295-307: | $  3,734.64 |
| Invoice #06-295-177: | $26,144.44 |
| Invoice #06-295-168: | $15,687.00 |
| **Total:** | **$45,566.08**. |

Additionally, Defendant is entitled to postjudgment interest on the entire amount awarded by the Court, including costs and prejudgment interest, at the rate of .39% from October 26, 2009, until Plaintiff satisfies this Court's judgment in full. Accordingly, it is

**ORDERED** that Plaintiff remit payment to Defendant's counsel, Keith C. Volpi, Polsinelli Shughart PC, in the amount of $47,987.33 plus postjudgment interest as set forth above within thirty (30) days from the date of this Order.

                                              s/ Gary A. Fenner
                                              Gary A. Fenner, Judge
                                              United States District Court

DATED:   January 14, 2010